UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUBWAY INTERNATIONAL B.V.,<br>Plaintiff, | CIVIL NO. 3:07cv896 (PCD) |
| vs. | Date: June 19, 2007 |
| ALAZNE ELGUEZABAL and<br>ANTONIO J. FIGUERA,<br>Defendant | |

## PROOF OF SERVICE

Plaintiff, Subway International B.V., was directed to serve the Order to Show Cause along with the Application to Confirm the Arbitration Award upon Alazne Elguezabal and Antonio J. Figuera by July 5, 2007. Said documents were sent via Federal Express (Airbill No. 8606 2278 3195) to Ms. Elguezabal and Mr. Figuera at their business address of A Autopista del Saler 4 Locales 24 y 25, planta 1 Valencia, 46002, Spain. The documents were served on June 18, 2007, at 5:42pm and signed for by A. Notonio. (See attached Exhibit A – Affidavit of Tyisha N. Miller).

Dated at Milford, Connecticut, June 19, 2007

PLAINTIFF,
SUBWAY INTERNATIONAL B.V.

_____
Kristin L. Corcoran
CT 13892
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06461
(203) 877-4281 extension 1565

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by E-File to the Clerk of the U.S. District Court, District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, and by Federal Express (Tracking No. 8606 2278 3770) to the Defendant, Alazne Elguezabal and Antonio J. Figuera, at their business address of A Autopista del Saler 4 Locales 24 y 25, planta 1 Valencia, 46002, Spain, on this 19th day of June, 2007.

Kristin L. Corcoran
CT 13892
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06461
(203) 877-4281 extension 1565

EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUBWAY INTERNATIONAL B.V., <br> Plaintiff, | CIVIL NO. 3:07cv896 (PCD) |
| vs. | Date: June 19, 2007 |
| ALAZNE ELGUEZABAL and <br> ANTONIO J. FIGUERA, <br> Defendant | |

### AFFIDAVIT OF TYISHA N. MILLER

I, Tyisha N. Miller, first being duly sworn, deposes and states as follows:

1. I am a Senior Legal Assistant in the Legal Department of Doctor's Associates Inc., the service organization for Subway International B.V.

2. On June 14, 2007, I mailed via Federal Express (Airbill No. 8606 2278 3195) the Order to Show Cause, along with the Application to Confirm the Arbitration Award and its attachments, to Alazne Elguezabal and Antonio J. Figuera at A Autopista del Saler 4 Locales 24 y 25, planta 1 Valencia, 46002, Spain.

3. On June 18, 2007, A. Notonio signed for the documents at 5:42 pm at the address listed above. (See attached Exhibit 1– Federal Express Tracking Sheet).

I have reviewed this three (3) paragraph Affidavit in its entirety and find that it is true and accurate to the best of my knowledge.

Respectfully submitted:

*Tyisha N. Miller*
Tyisha N. Miller
Senior Legal Assistant
Doctor's Associates Inc.

Subscribed and sworn to before me, a Notary Public, in and for the County of New Haven and State of Connecticut, this 19th day of June, 2007.

*Trisha Regan*
Trisha Regan
Notary Public

TRISHA L. REGAN
NOTARY PUBLIC
MY COMMISSION EXPIRES

FedEx | Track

EXHIBIT 1

**Track Shipments**
**Detailed Results**

 Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 860622783195 | Destination | VALENCIA ES |
| Signed for by | A.NTONIO | Delivered to | Receptionist/Front Desk |
| Ship date | Jun 14, 2007 | Service type | Priority Envelope |
| Delivery date | Jun 18, 2007 5:42 PM | Weight | 0.7 lbs. |

| Status | Delivered |
|---|---|
| Signature image available | No |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 18, 2007 | 5:42 PM | Delivered | VALENCIA ES | |
| | 7:12 AM | On FedEx vehicle for delivery | VALENCIA ES | |
| Jun 17, 2007 | 7:09 AM | In transit | MADRID ES | |
| Jun 15, 2007 | 10:59 PM | Departed FedEx location | PARIS FR | |
| | 8:26 PM | Arrived at FedEx location | PARIS FR | |
| | 8:26 PM | Int'l shipment release | PARIS FR | |
| | 2:18 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 14, 2007 | 8:04 PM | Left origin | STRATFORD, CT | |
| | 4:20 PM | Picked up | STRATFORD, CT | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name:                               Your E-mail Address:

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

Select format:  ⦿ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions.   [ Submit ]